HITCHINGS v. BARR et al. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) (Actions 1 and 2.) Actions

by Hector M. Hitchings against Henry Barr and others; Ella B. Rupert, appellant. No opinion. Orders affirmed by default, with $10 costs and disbursements. See, also, 138 N. Y. Supp. 1121.